**Order filed October 30, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00891-CR
_____

**PRECIOUS YARNELL WASHINGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1248636**

# O R D E R

Our order of October 24, 2012, for a supplemental clerk's record is hereby WITHDRAWN.

PER CURIAM